In the Matter of the Care and Treatment of Christopher ALEXANDER a/k/a Christopher L. Alexander, a/k/a Chris Alexander, a/k/a Christophe Alexander, a/k/a Christoph Alexander, a/k/a James F. Hawkins, Appellant,

v.

State of Missouri, Respondent.

No. WD 73972.

Missouri Court of Appeals, Western District.

Feb. 26, 2013.

Erika R. Eliason, Assistant Public Defender, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Jennifer A. Rodewald, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division I: MARK D. PFEIFFER, Presiding Judge, and VICTOR C. HOWARD and ALOK AHUJA, Judges.

**Order**

PER CURIAM:

Christopher Alexander appeals the judgment of the Circuit Court of Jackson County, Missouri, committing Mr. Alexander to secure confinement in the custody of the Department of Mental Health as a sexually violent predator. Finding no error, we affirm in this *per curiam* order. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).